IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAZIA DANIELS,**<br>**EL WAZIR,**<br>**JANICE J. JOHNSON,**<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**CITY OF PHILADELPHIA (REGISTER**<br>**OF WILLS) and JOHN P. SABATINA,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO.  24-4718** |

**O R D E R**

**AND NOW**, this 27th day of August, 2025, it having been reported that the issues between the plaintiff, Razia Daniels, and defendants are settled, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs, as to plaintiff, Razia Daniels, only.

**IT IS FURTHER ORDERED** that the caption of the case is **AMENDED** so as to delete reference to the settling plaintiff who has been dismissed from the case – Razia Daniels.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**